# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 12cr2366WQH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| MANUEL ALARCON-MALDONADO, | |
| Defendant. | |

IT IS HEREBY ORDERED that the United States' motion to dismiss the information without prejudice (ECF No. 51) is granted.

The Information is dismissed without prejudice.

DATED: January 25, 2013

*[signature]*
**WILLIAM Q. HAYES**
United States District Judge

- 1 -